**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                            **NO. 4:10-CR-209-2-JLH**

**DIANE TREVINO**                                                                                  **DEFENDANT**

## ORDER

On September 22, 2010, Attorney Denise R. Fletcher was appointed by the Court pursuant to the Criminal Justice Act ("CJA") to represent Defendant Diane Trevino, following the filing of an Indictment and in anticipation of Ms. Trevino's appearance that same month for plea and arraignment. Ms. Trevino remained a fugitive until her recent arrest on January 19, 2016, in the Northern District of Texas.

Attorney Fletcher is no longer a member of the CJA Panel for the Eastern District of Arkansas. Accordingly, Ms. Fletcher is relieved of representation of Ms. Trevino. Assuming Ms. Trevino qualifies for appointment of counsel under the CJA, a member of this Court's CJA Panel will be appointed at plea and arraignment, which will be scheduled in the near future.

IT IS SO ORDERED this 19th day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE